## Appendix B

The plaintiffs listed in these charts, separated by judicial district, are still awaiting adjudication of their applications and thus will be transferred to the judicial district where the service center is located.

### Northern District of Texas

| | First Name | Last Name | Filing Date | Receipt No. | Time pending (as of 5/15/20) | Status | Service Center (Judicial District) |
|---|---|---|---|---|---|---|---|
| 1 | Divya | Subramanian | 765: 7/24/2019 | SRC2001950746 | 296 | | Texas (N.D. Tex) |
| 2 | Shruthi | Somashekar | 539: 9/18/2019 | SRC1927550302 | 240 | Correspondence Received – 4/22/2020 | Texas (N.D. Tex) |
| | | | 765: 12/10/2019 | SRC2090090288 | 157 | Expedited Processing – 3/30/2020 | |
| 3 | Himasree | Uppala | 765: 10/31/2019 | SRC2002950366 | 107 | | Texas (N.D. Tex) |

| | First Name | Last Name | Filing Date | Receipt No. | Time pending (as of 5/15/20) | Status | Service Center (Judicial District) |
|---|---|---|---|---|---|---|---|
| 4 | Suman | Anand | 539: 12/17/2019 | SRC2006950572 | 150 | Expedited Processing – 5/13/2020 | Texas (N.D. Tex) |
| | | | 765: 12/17/2019 | SRC2006950591 | 150 | Expedited Processing – 4/29/2020 | |
| 5 | Shiney Anis Martina | Robinson | 539: 12/23/2019 | SRC2009050104 and SRC2009050105 (child) | 144 | Expedited Processing – 3/26/2020 | Texas (N.D. Tex) |
| | | | 765: 12/23/2019 | SRC2009050043 | 144 | Expedited Processing – 3/26/2020 | |
| 6 | Heta Bhavesh | Parikh | 539: 1/2/2020 | SRC2008350382 | 134 | | Texas (N.D. Tex) |
| | | | 765: 1/2/2020 | SRC2008350403 | 134 | | |

| | First Name | Last Name | Filing Date | Receipt No. | Time pending (as of 5/15/20) | Status | Service Center (Judicial District) |
|---|---|---|---|---|---|---|---|
| 7 | Devi Sushma | Sanikanti | 539: 1/2/2020 | SRC2008350395 | 134 | | Texas (N.D. Tex) |
| | | | 765: 1/2/2020 | SRC2008350419 | 134 | | |

Central District of California

| | First Name | Last Name | Filing Date | Receipt No. | Time pending (5/14/20) | Status | Service Center (Judicial District) |
|---|---|---|---|---|---|---|---|
| 1 | Anil | Sharma | 765: 1/3/2020 | WAC2090048207 | 134 | Add'l Evidence Received – 1/29/2020 | California (C.D. Cal.) |
| 2 | Chaitanya | Athmakuri | 765: 1/6/2020 | WAC2090048975 | 130 | Request for Add'l Evidence Sent – 4/14/2020 | California (C.D. Cal.) |
| 3 | Chaitali | De | 765: 1/8/2020 | WAC2090049910 | 128 | Add'l Evidence Received – 5/12/2020 | California (C.D. Cal.) |
| 4 | Tanvi Singh | Rawat | 539: 1/8/2020 | WAC2008150928 and WAC2008150929 (child) | 128 | Parent Denied 5/12/2020 – only child pending | California (C.D. Cal.) |

District of Nebraska

| | First Name | Last Name | Filing Date | Receipt No. | Time pending (5/14/20) | Status | Service Center (Judicial District) |
|---|---|---|---|---|---|---|---|
| 1 | Gayatri | Kuchina | 569: 10/9/2019 | LIN2000850617 and LIN2000850619 (child) | 219 | Parent Approved 2/21/2020 – Only child pending | Nebraska (D. Neb.) |
| 2 | Sudharani | Bhupathiraju | 569: 10/30/2019 | LIN2002550581 and LIN2002550583 (child) | 198 | Parent Approved 2/25/2020 – Only child pending | Nebraska (D. Neb.) |